October 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MARIANO DIAZ, INDIVIDUALLY AND A/N/F OF M.D., A MINOR CHILD,
Appellant

NO. 14-14-01020-CV                    V.

KEVIN JOHNSON, JOHN EDWARD JOHNSON, JOHNNIE M. WILLIAMS,
AND JOE ORAN WILLIAMS, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Kevin Johnson, John Edward Johnson, Johnnie M. Williams, and Joe Oran Williams, signed December 16, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Mariano Diaz, Individually and a/n/f of M.D., a Minor Child, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.